**Richard G. VERRI et al.**

v.

**STATE AUTOMOBILE MUTUAL INSURANCE COMPANY.**

No. 82–301–A.

Supreme Court of Rhode Island.

Dec. 16, 1982.

Schechter, Abrams & Verri, Robert P. Verri, Providence, for plaintiffs.

Iannuccillo & Hines, Inc., Anthony G. Iannuccillo, Providence, for defendant.

ORDER

The plaintiffs' motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

**Michael WOODMANSEE**

v.

**STATE.**

No. 82–516–M.P.

Supreme Court of Rhode Island.

Dec. 16, 1982.

William F. Reilly, Public Defender, Richard M. Casparian, Deputy Public Defender, Barbara Hurst, Asst. Public Defender, for petitioner.

Dennis J. Roberts II, Atty. Gen., Susan E. McGuirl, Deputy Atty. Gen., Sharon O'Keefe, Sp. Asst. Atty. Gen., Chief, Appellate Division, for respondent.

ORDER

The petition for writ of certiorari is denied.

**Alfred E. LANCELLOTTI**

v.

**Alma U. LANCELLOTTI.**

No. 82–528–M.P.

Supreme Court of Rhode Island.

Dec. 19, 1982.

Joseph E. Marran, Jr., Pawtucket, for petitioner.

Howard I. Lipsey, Providence, for respondent.

ORDER

Petitioner herein seeks a writ of certiorari to review the Family Court judge's denial of his motion for relief under Rule 60(b) of the Rules of Domestic Relations. Since the order denying his motion is appealable, however, we hereby treat the petition for certiorari as a timely filed notice of appeal from said order. The motion for stay is denied.